IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LINDA CAROL SALLEY                                                                                    PLAINTIFF

v.                                     Case No. 5:14-CV-05134

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                        DEFENDANT

**O R D E R**

      The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Erin L. Setser. The Court has conducted a careful review of the findings and recommendations and of the timely objections (Doc. 16) filed by Plaintiff. After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings.

      The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 6th day of October, 2015.

                                                             */s/ P. K. Holmes, III*
                                                            P.K. HOLMES, III
                                                            CHIEF U.S. DISTRICT JUDGE